IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DAVID W. LOWERY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA S. McMAHON, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:06cv00040<br><br>**ORDER**<br><br>By: **Jackson L. Kiser**<br>Senior United States District Judge |

On August 4, 2006, this Court entered an order referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and recommended disposition. Magistrate Judge Crigler filed his Report and Recommendation on February 15, 2007. After reviewing the record in this case and no objections having been filed to Magistrate Judge Crigler's Report and Recommendation within ten (10) days of its service upon the parties, this Court adopts Magistrate Judge Crigler's Report in its entirety. Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge, filed February 15, 2007, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in Magistrate Judge Crigler's Report, the Commissioner's final decision is **AFFIRMED**, the Commissioner's motion for summary judgment is **GRANTED** and the case is **DISMISSED** from the docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 26th day of March, 2007.

                                                  s/Jackson L. Kiser
                                                 Senior United States District Judge